UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DIEM, EDWARD C.                            § Case No. 07-13316
                                                  §
                                                  §
Debtor(s)                                         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on July 25, 2007. The undersigned trustee was appointed on July 25, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of       $       15,000.60

    Funds were disbursed in the following amounts:

    Administrative expenses                                  500.00
    Payments to creditors                                      0.00
    Non-estate funds paid to 3rd Parties                       0.00
    Payments to the debtor                                     0.00

    Leaving a balance on hand of[1]             $        14,500.60

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 11/28/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 07-13316  
Case Name: DIEM, EDWARD C.  
Period Ending: 10/09/09

Trustee:    (330510)    CHARLES J. MYLER  
Filed (f) or Converted (c): 07/25/07 (f)  
§341(a) Meeting Date: 08/27/07  
Claims Bar Date: 11/28/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 185 Mulford Drive, Elgin, IL. 60120 (subject to | 220,962.00 | 220,962.00 | | 15,000.00 | FA |
| 2 | Checking w/Fifth Third | 100.00 | 100.00 | DA | 0.00 | FA |
| 3 | Misc. Household Goods & Furnshings | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 4 | Misc. Wearing Apparel | 100.00 | 100.00 | DA | 0.00 | FA |
| 5 | Misc. Jewelry | 100.00 | 100.00 | DA | 0.00 | FA |
| 6 | 2000 Ford Ranger | 5,375.00 | 5,375.00 | DA | 0.00 | FA |
| 7 | misc. painting equipment and personal computer | 500.00 | 500.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.60 | Unknown |
| 8 | Assets    Totals (Excluding unknown values) | $229,137.00 | $229,137.00 | | $15,000.60 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee hs sold real estate to co-owner

Initial Projected Date Of Final Report (TFR):    December 31, 2007          Current Projected Date Of Final Report (TFR):    December 31, 2009

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 07-13316
**Case Name:** DIEM, EDWARD C.

**Taxpayer ID #:** 54-6857698
**Period Ending:** 10/09/09

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****97-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/28/09 | {1} | Amber Cheri Slater | Purchase of 185 Mulford, Elgin, IL | 1110-000 | 15,000.00 | | 15,000.00 |
| 09/18/09 | 1001 | Bob Wisdom | Payment of realtor's fee | 3510-000 | | 500.00 | 14,500.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,500.60 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 15,000.60 | 500.00 | $14,500.60 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 15,000.60 | 500.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $15,000.60 | $500.00 | |

Net Receipts: 15,000.60
Net Estate: $15,000.60

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****97-65 | 15,000.60 | 500.00 | 14,500.60 |
| | $15,000.60 | $500.00 | $14,500.60 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 07-13316
Case Name: DIEM, EDWARD C.
Trustee Name: CHARLES J. MYLER

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*

                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | CHARLES J. MYLER | $ 2,250.06 | $ |
| Attorney for trustee | Myler, Ruddy & McTavish | $ 5,600.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Trustee | Charles J. Myler | $ | $ 143.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                 *Fees*                *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for* _____ $_____ $_____
*Accountant for* _____ $_____ $_____
*Appraiser for* _____ $_____ $_____
*Other* _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,777.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.4 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 635.75 | $ 0.00 |
| 2 | Specialist in Gastroenterology | $ 1,230.00 | $ 0.00 |
| 3 | LVNV Funding LLC its successors and assigns as | $ 211.81 | $ 0.00 |
| 4 | Vanessa Diem | $ 25,699.99 | $ 6,506.91 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-TFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-TFR (9/1/2009)