UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DIEM, EDWARD C.  § Case No. 07-13316
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $8,175.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $6,508.22 | Claims Discharged Without Payment: $86,937.33 |
| Total Expenses of Administration: $8,493.69 | |

3) Total gross receipts of $ 15,001.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,001.91 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 8,588.69 | 8,493.69 | 8,493.69 | 8,493.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 66,898.00 | 27,777.55 | 27,777.55 | 6,508.22 |
| TOTAL DISBURSEMENTS | $75,486.69 | $36,271.24 | $36,271.24 | $15,001.91 |

4) This case was originally filed under Chapter 7 on July 25, 2007. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/11/2010          By: /s/CHARLES J. MYLER
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 185 Mulford Drive, Elgin, IL. 60120 (subject to. | 1110-000 | 15,000.00 |
| Interest Income | 1270-000 | 1.91 |
| **TOTAL GROSS RECEIPTS** | | **$15,001.91** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (9/1/2009)

EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 2,250.06 | 2,250.06 | 2,250.06 |
| Charles J. Myler | 2200-000 | N/A | 143.63 | 143.63 | 143.63 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 5,600.00 | 5,600.00 | 5,600.00 |
| Bob Wisdom | 3510-000 | N/A | 500.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 8,493.69 | 8,493.69 | 8,493.69 |

EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA,N.A. | 7100-000 | N/A | 635.75 | 635.75 | 0.00 |
| Specialist in Gastroenterology | 7100-000 | 1,230.00 | 1,230.00 | 1,230.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| Creditor | Code | | | | |
|---|---|---:|---:|---:|---:|
| LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 211.81 | 211.81 | 0.00 |
| Vanessa Diem | 7100-000 | N/A | 25,699.99 | 25,699.99 | 6,508.22 |
| Medical Recovery Specialists | 7100-000 | 6,015.00 | N/A | N/A | 0.00 |
| Midwest Oncology Hematology, LTD | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| MCS Collections | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Kohls | 7100-000 | 636.00 | N/A | N/A | 0.00 |
| MEA JJMC LLC | 7100-000 | 295.00 | N/A | N/A | 0.00 |
| North Shore Primary Care | 7100-000 | 433.00 | N/A | N/A | 0.00 |
| Proponent Medical Group | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| United Recovery Systems | 7100-000 | 2,732.00 | N/A | N/A | 0.00 |
| West Dundee Fire Dept. | 7100-000 | 1,316.00 | N/A | N/A | 0.00 |
| Greater Elgin Emergency Specialists | 7100-000 | 1,568.00 | N/A | N/A | 0.00 |
| Sherman Hospital | 7100-000 | 24,019.00 | N/A | N/A | 0.00 |
| Pellettieri & Assoc. | 7100-000 | 2,405.00 | N/A | N/A | 0.00 |
| Phillip J. Rotche & Assoc. | 7100-000 | 421.00 | N/A | N/A | 0.00 |
| Direct Merchants Bank | 7100-000 | 4,504.00 | N/A | N/A | 0.00 |
| ACC International | 7100-000 | 394.00 | N/A | N/A | 0.00 |
| Armor Systems Corp. | 7100-000 | 5,742.00 | N/A | N/A | 0.00 |
| Beneficial | 7100-000 | 10,226.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 1,868.00 | N/A | N/A | 0.00 |
| Fox Valley Labs | 7100-000 | 144.00 | N/A | N/A | 0.00 |
| City of Elgin-Ambulance Billing | 7100-000 | 495.00 | N/A | N/A | 0.00 |
| Creditors Collection Bureau | 7100-000 | 1,185.00 | N/A | N/A | 0.00 |
| Germbusters PC | 7100-000 | 711.00 | N/A | N/A | 0.00 |
| Cardiac & Vascular Specialists, SC | 7100-000 | 34.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 66,898.00 | 27,777.55 | 27,777.55 | 6,508.22 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 07-13316
Case Name: DIEM, EDWARD C.
Period Ending: 01/11/10

Trustee: (330510)    CHARLES J. MYLER
Filed (f) or Converted (c): 07/25/07 (f)
§341(a) Meeting Date: 08/27/07
Claims Bar Date: 11/28/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 185 Mulford Drive, Elgin, IL. 60120 (subject to | 220,962.00 | 220,962.00 | | 15,000.00 | FA |
| 2 | Checking w/Fifth Third | 100.00 | 100.00 | DA | 0.00 | FA |
| 3 | Misc. Household Goods & Furnshings | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 4 | Misc. Wearing Apparel | 100.00 | 100.00 | DA | 0.00 | FA |
| 5 | Misc. Jewelry | 100.00 | 100.00 | DA | 0.00 | FA |
| 6 | 2000 Ford Ranger | 5,375.00 | 5,375.00 | DA | 0.00 | FA |
| 7 | misc. painting equipment and personal computer | 500.00 | 500.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.91 | FA |
| 8 | Assets    Totals (Excluding unknown values) | $229,137.00 | $229,137.00 | | $15,001.91 | $0.00 |

Major Activities Affecting Case Closing:

Distribution made 12/4/09

Initial Projected Date Of Final Report (TFR):    December 31, 2007        Current Projected Date Of Final Report (TFR):    November 9, 2009 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-13316 | | Trustee: | CHARLES J. MYLER (330510) |
| Case Name: | DIEM, EDWARD C. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****97-65 - Money Market Account |
| Taxpayer ID #: | 54-6857698 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/11/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/28/09 | {1} | Amber Cheri Slater | Purchase of 185 Mulford, Elgin, IL | 1110-000 | 15,000.00 | | 15,000.00 |
| 09/18/09 | 1001 | Bob Wisdom | Payment of realtor's fee | 3510-000 | | 500.00 | 14,500.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,500.60 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,501.19 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 14,501.80 |
| 12/07/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.11 | | 14,501.91 |
| 12/07/09 | | To Account #*******9766 | Transfer to checking | 9999-000 | | 14,501.91 | 0.00 |
| 12/07/09 | 1002 | CHARLES J. MYLER | trustee fee  Voided on 12/07/09 | 2100-003 | | 2,250.06 | -2,250.06 |
| 12/07/09 | 1002 | CHARLES J. MYLER | trustee fee  Voided: check issued on 12/07/09 | 2100-003 | | -2,250.06 | 0.00 |
| | | | ACCOUNT TOTALS | | 15,001.91 | 15,001.91 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,501.91 | |
| | | | Subtotal | | 15,001.91 | 500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,001.91 | $500.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-13316 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | DIEM, EDWARD C. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*97-66 - Checking Account |
| Taxpayer ID #: | 54-6857698 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/11/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/07/09 | | From Account #\*\*\*\*\*\*\*\*9765 | Transfer to checking | 9999-000 | 14,501.91 | | 14,501.91 |
| 12/07/09 | 101 | CHARLES J. MYLER | Trustee fee | 2100-000 | | 2,250.06 | 12,251.85 |
| 12/07/09 | 102 | Charles J. Myler | Trustee expenses | 2200-000 | | 143.63 | 12,108.22 |
| 12/07/09 | 103 | Myler, Ruddy & McTavish | Attorneys for trustee fee | 3110-000 | | 5,600.00 | 6,508.22 |
| 12/07/09 | 104 | Vanessa Diem | Child support | 7100-000 | | 6,508.22 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| ACCOUNT TOTALS | | 14,501.91 | 14,501.91 | $0.00 |
| Less: Bank Transfers | | 14,501.91 | 0.00 | |
| Subtotal | | 0.00 | 14,501.91 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $14,501.91 | |

| Net Receipts: | 15,001.91 |
|---|---|
| Net Estate: | $15,001.91 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*97-65 | 15,001.91 | 500.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*97-66 | 0.00 | 14,501.91 | 0.00 |
| | $15,001.91 | $15,001.91 | $0.00 |